IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARLTON MICHAEL GARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-61 (MTT) |
| | ) |
| BRIAN OWENS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the Court on the Recommendation on Motion for Preliminary Injunction (Doc. 9) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Plaintiff's Motion for Preliminary Injunction (Doc. 4) (the "Motion") pursuant to 28 U.S.C. § 636(b)(1), recommends denying the Motion because the Plaintiff failed to meet the prerequisites for the issuance of a temporary restraining order or preliminary injunction. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion (Doc. 4) is **DENIED**.

**SO ORDERED**, this the 12th day of August, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jj